## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KEITH A. BERKSHIRE,<br><br>                Plaintiff,<br><br>v.<br><br>GARY HERBERT, et al.,<br><br>                Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING [15] REPORT AND RECOMMENDATION**<br><br><br>Case No. 2:17-cv-1322 DN<br><br>District Judge David Nuffer<br>Magistrate Judge Brooke Wells |

The Report and Recommendation[1] issued by United States Magistrate Judge Brooke Wells on June 7, 2018, recommends that Defendants' Motion for Judgment on the Pleadings[2] be granted and that Plaintiff's Complaint[3] be dismissed for lack of subject matter jurisdiction.[4]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.[5] No party filed a written objection to the Report and Recommendation as provided by court rules. Therefore, the sound analysis and conclusion of the Magistrate Judge are accepted and the Report and Recommendation[6] is adopted in its entirety.

---

[1] Report and Recommendation, docket no. 15, filed June 7, 2018.

[2] Defendants' Motion for Judgment on the Pleadings, docket no. 12, filed April 17, 2018.

[3] Complaint, docket no. 1, filed December 27, 2017.

[4] Report and Recommendation at 4.

[5] *Id.* at 5.

[6] Report and Recommendation, docket no. 15, filed June 7, 2018.

# ORDER

IT IS HEREBY ORDERED that the Report and Recommendation[7] is ADOPTED.

Defendants' Motion for Judgment on the Pleadings[8] is GRANTED and Plaintiff's Complaint[9] is

DISMISSED without prejudice for lack of subject matter jurisdiction.[10]

The Clerk is directed to close the case.

Signed July 26, 2018.

BY THE COURT

David Nuffer
United States District Judge

---

[7] Report and Recommendation, docket no. 15, filed June 7, 2018.

[8] Defendants' Motion for Judgment on the Pleadings, docket no. 12, filed April 17, 2018.

[9] Complaint, docket no. 1, filed December 27, 2017.

[10] *See Brereton v. Bountiful City Corp.*, 434 F.3d 1213, 1218 (10th Cir. 2006).